**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH MARTIN HARRIS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 17-569-CG-MU** |
| | ) | |
| | ) | |
| **TARGET STORES, INC**., | ) | |
| | | |
| Defendant. | | |

## <u>JUDGMENT</u>

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **TARGET STORES, INC.**, and against Plaintiff, **DEBORAH MARTIN HARRIS**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 2nd day of January, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE